UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
Utica DIVISION

| In re: | Chapter 7 |
|---|---|
| BIKOWSKY, MARC E. | Case No. 09-60173 DD |
| BIKOWSKY, DANIELLE G. | |
| BIKOWSKY PLUMBING & HEATING | **STATEMENT OF** |
| | **SMALL DIVIDENDS** |
| Debtors. | |

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 1 | Capital Recovery II LLC as assignee of Verizon Wireless c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | $219.32 | $3.61 |
| 2 | DREAMSCAPE 9560 Main Street Holland Patent, NY 13354 | $63.55 | $1.05 |
| 5 | SLOCUM DICKSON MEDICAL GROUP P 1729 BURRSTONE ROAD NEW HARTFORD, NY 13413 | $93.00 | $1.53 |
| 16 | Verizon Wireless PO Box 3397 Bloomington, IL 61702 | $250.30 | $4.12 |

**TOTAL SMALL DIVIDENDS:**                                                  $_____10.31

Dated:  March 15, 2011

THOMAS PAUL HUGHES
Trustee
23 Oxford Road
New Hartford, NY  13413
(315) 223-3043

**FILED**

MAR 2 5 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

# THOMAS P. HUGHES

### ATTORNEY AT LAW

#### 23 OXFORD ROAD

#### NEW HARTFORD, NEW YORK 13413

——

#### (315) 223-3043
#### FAX (315) 735-7924

March 24, 2011

Clerk, U.S. Bankruptcy Court
230 U.S. Courthouse
10 Broad Street
Utica, New York 13501

> **Re:** **Bikowsky, Marc E. & Danielle G.**
> **Case No.: 09-60173**

Dear Sir or Madam:

Pursuant to FRBP 3010 I enclose a check payable to the U.S. Bankruptcy Court in connection with the above referenced Chapter 7 proceeding, together with a Statement of Small Dividends.

Very truly yours,

Thomas P. Hughes

TPH: le

Enclosures